PRESS FIRMLY TO SEAL

 FSC MIX Board FSC® C116916

 how2recycle.info PAPER POUCH

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

This package is made from post-consumer waste. Please recycle - again.

 UNITED STATES POSTAL SERVICE.    *Retail*

**E**  US POSTAGE PAID
**$33.25**
Origin: 77063
03/25/26
4803780062-5

**PRIORITY MAIL EXPRESS®**

CRISTHIAN PEREZ
832 E TEXAS STATE HIGHWAY 44
ENCINAL TX 78019
(346) 863-3583

0 Lb 10.70 Oz

**RDC 07**

SCHEDULED DELIVERY DAY: 03/28/26 06:00 PM

C009

SHIP TO:

NA NA
CLERK OF COURT US DISTRICT COURT
STE 1131
1300 VICTORIA ST
LAREDO TX 78040-5019

USPS TRACKING® #



9570 1134 8436 6084 1561 66

PS10001000006    EP13F October 2023
OD: 12 1/2 x 9 1/2

 States Courts ... District of Texas
**RECEIVED**
MAR 27 2026    TL
Nathan Ochsner, Clerk
Laredo Division

 UNITED STATES POSTAL SERVICE ®    PRIORITY MAIL EXPRESS

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (346) 863-3583

Cristhian Perez
LA Salle County R.D.C
832 E Texas State Highway
441 Encinal, TX 78019

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Clerk of Court
U.S. District Court
Southern District of Texas
1300 Victoria Street, Suite 1131,
Laredo, TX 78040

ZIP + 4® (U.S. ADDRESSES ONLY)    7 8 0 4 0 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

 PEEL FROM THIS CORNER

 PAPER POUCH w2recycle.info

 

 UNITED STATES POSTAL SERVICE.



PRIORITY MAIL EXPRESS™

GUARANTEED ★★★ TRACKED ★★★ INSURED

UNITED STATES POSTAL SERVICE ®

For Domestic Use Only    Label 127R, July 2013

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.



| ORIGIN (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| ☐ 1-Day | ☒ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code  77063 | Scheduled Delivery Date (MM/DD/YY)  3-28-26 | Postage  $ 33.25 | |
| Date Accepted (MM/DD/YY)  3-25-26 | Scheduled Delivery Time  ☐ 6:00 PM | Insurance Fee  $ | COD Fee  $ |
| Time Accepted  5:07  ☐ AM ☐ PM | | Return Receipt Fee  $ | Live Animal Transportation Fee  $ |
| Special Handling/Fragile  $ | Sunday/Holiday Premium Fee  $  00 | Total Postage & Fees  $  33.25 | |
| Weight  lbs.  ozs.  ☐ Flat Rate | Acceptance Employee Initials | | |

| DELIVERY (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time  ☐ AM ☐ PM | Employee Signature | |
| Delivery Attempt (MM/DD/YY) | Time  ☐ AM ☐ PM | Employee Signature | |

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996