United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| HANDER C.P.R. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-241 |
| | § | |
| WARDEN *et al.* | § | |

## FINAL JUDGMENT

For the reasons the Court set forth in its Order, Petitioner's Writ of Habeas Corpus (Dkt. No. 1) is **GRANTED IN PART**. All relief not expressly provided in the Court's Order is **DENIED**. Accordingly, the Court **ENTERS** this final judgment pursuant to Federal Rule of Civil Procedure 58(a).

The Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** July 6, 2026.

Marina Garcia Marmolejo
United States District Judge

1